**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

UNITED STATES OF AMERICA            :

                                    :            NO. 11-3197(PS)

            V.                      :

C. TATE GEORGE                      :   NOTICE OF ATTORNEY APPEARANCE

                                    :

SIR:

             YOU   ARE   HEREBY  NOTIFIED  THAT  I  APPEAR  FOR

 C. TATE GEORGE ,   THE   DEFENDANT IN  THE  ABOVE-ENTITLED  MATTER.

                    DATE: _9/23/11_____

             SIGNATURE: _____

                    NAME: _____
                         (Please Print)
            FIRM NAME: _Law Office Lim R Ashley_

             ADDRESS: _50 PARK Pl Suite 1400_

                      _Newark_____

    TELEPHONE NUMBER: _973-623-0501_