AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT _____ NEW JERSEY

UNITED STATES OF AMERICA
V.
C. TATE GEORGE

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 11-3197(PS)

I, _____ C. TATE GEORGE _____, charged in  X complaint  ☐ petition pending in this District  of New Jersey _____

in violation of _____ Title 18 _____, U.S.C., § 1343 _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. including my right to have a      ☐ examination  ☐ hearing , do hereby waive (give up) my right to a inary ☐ examination  ☐ hearing.

_____
Defendant

_____
Counsel for Defendant

9/23/11
Date