UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA   :

                                    :   CRIMINAL NO. 12-204(MLC)

                                    :

v.   :   ORDER

C. TATE GEORGE   :

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this __27TH__ day of __MARCH__, 2012,

ORDERED that _____ANDREA BERGMAN_____ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court. For the arraignment only.

_____
DOUGLAS E. ARPERT, U.S.M.J.
United States Magistrate Judge

RECEIVED
MAR 27 2012
AT 8:30 _____ M
WILLIAM T. WALSH CLERK