UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 12-Cr-00204-MLC

C. Tate George

**APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for __C. Tate George__
                                                 Name of Defendant

    I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

| Court(s) | Year(s) of Admission |
|---|---|
| New York State Courts | 1976 |
| U.S. District Court, S.D.N.Y. | 1985 |
| U.S. District Court, E.D.N.Y. | 1985 |
| U.S. Court of Appeals for the Second Circuit | 1983 |

Date: __April 25, 2012__

_____
Signature of Attorney

s/ John F. Kaley
Print Name

217 Broadway, Suite 707
Address

New York, NY 10007
City State Zip Code

(212) 619-3730
Phone Number Fax Number

DNJ-CR-013 (03/2010)

## **CERTIFICATE OF SERVICE**

JOHN F. KALEY, ESQ., certifies that I caused the attached Notice of Appearance to be served by electronic mail through the Court's CM/ECF system, which will send notification of such filing to counsel registered electronically.

Dated: April 26, 2012
      New York, New York

                                                     s/ John F. Kaley