

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Mary L. Cooper |
| | | Crim. No. 12-204 |
| v. | : | |
| C. TATE GEORGE | : | CONTINUANCE & SCHEDULING ORDER |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Christopher J. Kelly, Assistant U.S. Attorney), and defendant C. Tate George (by John F. Kaley, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The charges in this case are the result of a lengthy investigation, and the discovery involves a significant amount of documents. Taking into account the exercise of diligence, therefore, the facts of this case require that defendant and counsel be permitted a reasonable amount of additional time for effective preparation of this matter;

2. Defendant has consented to the aforementioned continuance; and

3. As a result of the foregoing, pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, on this 12th day of SEPT., 2012,

IT IS ORDERED that the deadline to file and serve pretrial motions is October 5, 2012, with opposition due on October 19, 2012, and a hearing to be held on November 8, 2012 at 10:00 a.m.

IT IS FURTHER ORDERED that the trial in this matter is scheduled for December 3, 2012 at 9:00 a.m.

IT IS FURTHER ORDERED that this action be, and hereby is, continued until December 3, 2012, and that the period from the date of this Order through December 3, 2012 shall excludable in computing time under the Speedy Trial Act of 1974.

HON. MARY L. COOPER
United States District Judge

Consented to:

Christopher J. Kelly
Assistant U.S. Attorney

John P. Kaley, Esq.
Counsel for defendant C. Tate George