**JOHN F. KALEY**
Doar Rieck Kaley & Mack
217 Broadway, Suite 707
New York, NY 10007
(212) 619-3730
Attorney for Defendant, C. Tate George

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,  : | HON. MARY L. COOPER |
| : | CRIM. No.: 12-204 (MLC) |
| v.                             : | |
| : | |
| C. Tate George                 : | **NOTICE OF MOTION** |
| : | |

To:   Christopher Kelly, AUSA
      U.S. Attorney's Office
      970 Broad Street
      Newark, New Jersey 07102

PLEASE TAKE NOTICE that John F. Kaley, attorney for Defendant, C. Tate George, hereby moves before the Honorable Mary L. Cooper, United States District Court Judge for the District of New Jersey, at Trenton, as soon as the matter may be heard, for an Order granting John F. Kaley and the firm of Doar Rieck Kaley & Mack permission to withdraw as counsel for the Defendant in this matter, and granting such other relief as the Court may deem just and proper.

Dated: October 5, 2012
       New York, New York

                                                Respectfully submitted,

                                                /s/ John F. Kaley

                                                John F. Kaley
                                                Attorney for C. Tate George