UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 12-204 (MLC) |
| v. | |
| C. TATE GEORGE, | **ORDER GRANTING REQUEST TO WITHDRAW** |
| Defendant. | |

This matter having been opened by Order to Show Cause entered on November 13, 2014 (dkt. entry no. 124); and in response to said Order to Show Cause, defense counsel Andrew T. McDonald, Esq. appeared on the return date of November 21, 2014 and requested leave to withdraw from further representation of defendant in this case; and the Court having taken that request under advisement and having issued an Order Scheduling Faretta Hearing to address defendant's request to represent himself (dkt. entry no. 126); and the Court having conducted the Faretta hearing on December 3, 2014; and the Court having granted defendant's request to enter his own appearance pro se in substitution for Attorney McDonald; and for good cause appearing,

**IT IS THEREFORE** on this   4th   day of December, 2014, **ORDERED** that the request of Andrew T. McDonald, Esq. to withdraw his appearance as defense counsel of record is hereby **GRANTED**, and accordingly the Clerk is **DIRECTED** to terminate his appearance upon the filing of this Order.

s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge



RECEIVED
DEC - 4 2014
AT 8:30          M
WILLIAM T. WALSH CLERK