UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 12-204 (MLC) |
| v. | |
| C. TATE GEORGE, | **ORDER PURSUANT TO FARETTA HEARING** |
| Defendant. | |

This matter having come before the Court on December 3, 2014, the return date of the pending Order Scheduling Faretta Hearing (dkt. entry no. 126); and the parties attending that hearing being Joseph Shumofsky, AUSA, for the government, and defendant C. Tate George (his counsel of record, Andrew T. McDonald, Esq., not having appeared but having previously, at a hearing on November 21, 2014, requested leave to withdraw as defense counsel); and the Court having conducted an evidentiary hearing pursuant to Faretta v. California, 422 U.S. 806 (1975) and relevant case law; and the Court having made findings and conclusions in an oral opinion at the close of the hearing; and for the reasons stated on the record;

**IT IS THEREFORE** on this    4th    day of December, 2014, **ORDERED** that defendant C. Tate George is hereby granted leave to enter his appearance pro se to represent himself and his interests in this action.

                                                                  s/ Mary L. Cooper
                                                                  **MARY L. COOPER**
                                                                  United States District Judge

**RECEIVED**

**DEC - 4 2014**

AT 8:30_____M
WILLIAM T. WALSH CLERK