UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION NO. 12-204 (MLC) |
| | : | |
| | : | **O P I N I O N** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| C. TATE GEORGE, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**DEFENDANT** was previously tried and found guilty by a jury and sentenced to a period of imprisonment by this Court.  (Dkt. 206.)

**DEFENDANT**, on January 21, 2016, filed a Notice of Appeal to the Court of Appeals for the Third Circuit challenging his conviction.  (Dkt. 207; dkt. 209.)  The matter remains pending.  See Appeals Docket No. 16-1170.

**DEFENDANT** has filed in this Court a motion to dismiss the indictment and vacate the conviction.  (Dkt. 245; dkt. 246.)

**THIS COURT** lacks jurisdiction to act on Defendant's motion because he has filed a notice of appeal to the Third Circuit.  See Bensalem Twp. v. Int'l Surplus Lines Ins. Co., 38 F.3d 1303, 1314 (3d Cir. 1994) ("[O]nce a notice of appeal is filed, jurisdiction is no longer vested in the district court.").  Although exceptions exist when a district court may act after the notice of appeal is filed, none are applicable here.  See In re Merck & Co. Sec. Litig., 432 F.3d 261, 268 (3d Cir. 2005) (noting that a district court may "review attorney's fees applications, order the filing of bonds, modify or grant

injunctions, issue orders regarding the record on appeal, and vacate bail bonds and order arrests").

      **THIS COURT** will deny Defendant's motion for lack of jurisdiction.

      For good cause appearing, the Court will enter an appropriate Order and Judgment.

       s/ Mary L. Cooper  
      **MARY L. COOPER**  
      United States District Judge

Dated:   December 8, 2016