## UNITED STATES COURT OF DISTRICT COURT FOR THE THIRD CURCUIT

C. TATE GEORGE

    (Petitioner)

                      Civil Action No.:_____

                      **Crim. Action No. 3:12-CR-204-01 (AET)**

v.

UNITED STATES OF AMERICA

    (Respondent)

RECEIVED JUN 19 2020 AT 8:30 M WILLIAM T. WALSH CLERK

## PETITIONER'S MOTION/REQUEST FOR AN IMMIDATE STAY OF PAYING THE COURT ORDERED RESITUTION ORDER DUE TO THE COVID-19 PANDEMIC

    **NOW COMES** the Petitioner **C. Tate George**, *Pro se*, and request to this Court for an **"IMMIDIATE STAY"** of any (*and all*) payments owed to the Court per the Court's ORDER post-facto of the trial; and in support thereof states the following;

1) Petitioner has recently been unexpectantly released from custody to early home confinement on June 11th, 2020, due to the COVID-19 pandemic;

2) Petitioner hereby in good faith and asked that any (ALL) payments be delayed for good cause seeks (***to delay until a much later date…TBD***) his $200 monthly payments "Ordered" to be paid 30 days after release from custody;

3) Petitioner is being held on home confinement and has been informed by the organization handling the detention process, that Petitioner cannot get a job at this time due to the Covid-19 Virus (and alike); and

4) Petitioner has no working income coming in and cannot make any payments due to the restriction mentioned above;

    WHEREFORE; the Petitioner **C. Tate George**, *Prose*, respectfully requests this Honorable Court to **GRANT** by way of a "**NEW COURT ORDER**" and issue a "STAY" on any payments per the Court's ORDER post trial, due to the COVID-19 pandemic and being held back from working while on early home confinement and to avoid violation with probation office and alike, and for such relief deemed appropriate in the Interest of Justice.

Dated: 6/15, 2020

Respectfully submitted,

*[signature]*

C. Tate George, *Pro se*
850 S. 13th Street
Newark, NJ 07108

## AFFIDAVIT

**I HEREBY CERTIFY** that the foregoing facts are true and correct to the best of my knowledge under penalty as per 28 Section 1746.

*[signature]*

C. Tate George, *Pro se*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing motion was mailed this 16th day of June, 2020, by first class mail, postage pre-paid to the following;

Office of AUSA:
Zach Intrader
970 Broad Street
Rm. 700
Newark, NJ 07102

*[signature]*

C. Tate George, *Pro se*

